**EXHIBIT "A"**

FW: Moss v. BCBSKS

## Harold Youngentob

**From:**    Harold Youngentob

**Sent:**    Wednesday, December 13, 2006 4:15 PM

**To:**       'Mann, Terry'

**Subject:** RE: Moss v. BCBSKS

The position you took in response to the good faith offer makes any discussion of mediation comical. I am not ready for the previously stated reasons. I would suggest that mediation can be continued in light of your client's threat that Plaintiff will be saddled with cost. Iwant to see the response to written discovery before More costs are incurred.

---

**From:** Mann, Terry [mailto:tlmann@martinpringle.com]
**Sent:** Wednesday, December 13, 2006 4:08 PM
**To:** Harold Youngentob
**Cc:** Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:** RE: Moss v. BCBSKS

Harold:

I'm not aware of anything in the federal or local rules that require written discovery to be completed before depositions commence. If you have some authority in that regard, please let me know what it is.

One problem with delaying your client's deposition until February is that the scheduling order requires us to have the mediation completed by February 16, 2007. In order to achieve that requirement, my client needs to have your client deposed before the mediation. I really don't see what the problem is in getting this scheduled in January, so we can move the case forward as directed by Judge Sebelius.

Terry

---

**From:** Harold Youngentob [mailto:hyoungentob@goodellstrattonlaw.com]
**Sent:** Wednesday, December 13, 2006 3:49 PM
**To:** Mann, Terry
**Subject:** RE: Moss v. BCBSKS

After written discovery is complete and I have copies of the materials I authorized you to obtain, I will be happy to provide blocks of time for deposition discovery of my client and Blue Cross personnel. I am certainly willing to cooperate. I will move for a protective order in the event you attemp to short circuit the orderly process. I have dates available in Feb. which is well in advance of the discovery deadline and which gives us the opportunity to iron out any objections.

---

**From:** Mann, Terry [mailto:tlmann@martinpringle.com]
**Sent:** Wednesday, December 13, 2006 3:34 PM
**To:** Harold Youngentob
**Cc:** Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:** RE: Moss v. BCBSKS

Harold:

I am attempting to select a date for your client's deposition in cooperation with you. I suppose if you don't want to

12/13/2006

give me dates that are workable for your calendar, I will have to just unilaterally choose dates that work for Stacy and me, and file the notice. I'd rather not do that, but will if that's the way you want to do it.

Terry

---

**From:** Harold Youngentob [mailto:hyoungentob@goodellstrattonlaw.com]
**Sent:** Wednesday, December 13, 2006 3:27 PM
**To:** Mann, Terry
**Cc:** Casey Jenkins
**Subject:** RE: Moss v. BCBSKS

I can only speculate at this point whether it will impede or not.

---

**From:** Mann, Terry [mailto:tlmann@martinpringle.com]
**Sent:** Wednesday, December 13, 2006 3:25 PM
**To:** Harold Youngentob
**Cc:** Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:** RE: Moss v. BCBSKS

Harold:

I'm sure we'll have some objections to some of your requests, but I don't see that as being a hindrance to me taking Ms. Moss's deposition.

Terry

---

**From:** Harold Youngentob [mailto:hyoungentob@goodellstrattonlaw.com]
**Sent:** Wednesday, December 13, 2006 3:13 PM
**To:** Mann, Terry
**Cc:** Casey Jenkins
**Subject:** RE: Moss v. BCBSKS

are you telling me that I can expect full and complete responses to Plaintiff's discovery? I am concerned that we may not be ready for a while for depositions.

---

**From:** Mann, Terry [mailto:tlmann@martinpringle.com]
**Sent:** Wednesday, December 13, 2006 3:02 PM
**To:** Harold Youngentob; Casey Jenkins
**Subject:** RE: Moss v. BCBSKS

Harold:

I figure that finding good dates on your calendar, mine, and Stacy's will be the tricky part.

I think we'll both have our written discovery responses in late December or early January, and thus am thinking that we'll be ready to take plaintiff's deposition in mid-January. So, if you'd give us some dates that you are available in that time-frame, I'll check my calendar and Stacy's, and we'll get it on the books before things fill up, as they always seem to do.

Thanks.

12/13/2006

Terry

---

**From:** Harold Youngentob [mailto:hyoungentob@goodellstrattonlaw.com]
**Sent:** Wednesday, December 13, 2006 1:40 PM
**To:** Mann, Terry; Casey Jenkins
**Cc:** Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:** RE: Moss v. BCBSKS

Ms Moss should be easy to schedule. Why don't we await completion of written discovery. Maybe all our questions will be answered which will leave more money for Blue Cross to pay claims.
Harold

---

**From:** Mann, Terry [mailto:tlmann@martinpringle.com]
**Sent:** Wednesday, December 13, 2006 9:50 AM
**To:** Harold Youngentob; Casey Jenkins
**Cc:** Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:** FW: Moss v. BCBSKS

Harold and Casey:

Any dates you'd suggest for Ms. Moss's deposition?

Terry

---

**From:**    Mann, Terry
**Sent:**    Monday, November 27, 2006 10:16 AM
**To:**      hyoungentob@goodellstrattonlaw.com; Casey Jenkins
**Cc:**      Stacy.Jeffress@bcbsks.com; Jennings, Lora; Martinez, Deborah
**Subject:**    Moss v. BCBSKS

Harold and Casey:

I am attaching our first discovery requests, in both Word and PDF format.  Since the responses will be due just after Christmas, I would like to schedule Ms. Moss's deposition during the first couple of weeks of January, if you and she are available.  If you think that your response date might be impacted by the holidays, that's not a problem -- we'll just need to schedule the deposition a little later, to give us a little time to review your responses prior to the deposition.

If you'll give me some dates, I'll check with Stacy on her availability.

Thanks.

<<1ST ROG, RFP AND RFA TO PLTF (00344209).DOC>>
<<00344209.pdf>>
**Terry L. Mann**

12/13/2006

FW: Moss v. BCBSKS

**Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.**
**100 N. Broadway, Suite 500**
**Wichita, Kansas  67202**
**(316)265-9311**
**(316)265-2955 (fax)**
**tlmann@martinpringle.com**

12/13/2006