# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MICHELE N. MOSS,                          )
                                          )
                             Plaintiff,    )
                                          )
      v.                                  )      Case No. 06-4105-JAR
                                          )
                                          )
BLUE CROSS BLUE SHIELD                    )
OF KANSAS, INC.,                          )
                                          )
                         Defendant.    )
_____)

## CERTIFICATE OF GOOD FAITH EFFORT TO RESOLVE DISOCVERY DISPUTES.

I Casey Jenkins state as follows:

1. I have personal knowledge of the fact contained herein.

2. I am competent to give this affidavit.

3. On January 2, 2007, I sent a golden rule to Defendant's counsel that fully explained our position with applicable legal citation.

4. Defense counsel responded with discovery concerns of her own.

5. On January 5, 2007, a meet and confer telephone conference was held; those in attendance were Terry Mann, Lora Jennings, Deborah Martinez, and myself.

6. This conference lasted approximately 45 minutes.

7. I agreed to remedy all discovery concerns of the Defendants, and have supplemented discovery on January 25, 2007.

8. Defendant's counsel elaborated as to why Defendant could not produce most of the information, however, counsel did provide the names of individuals that Cathy Holmes supervised in a subsequent e-mail.

9. On January 8, 2007, Plaintiff's counsel sent a letter memorializing the discovery conference and outlining concerns with the Defendant's responses to request for productions.

10. Defense counsel responded on January 17, 2007, with basically the same standard objections that Plaintiff's counsel had pointed out were deficient pursuant to case law from this district.

11. Plaintiff's counsel believed another meet and confer conference would be useless as Defendant's counsel's letter held steadfast in its objections. Further, the issues center on relevancy and whether it is too burdensome for BCBS to produce the information and respond to the outstanding interrogatories.

12. These issues appear to be un-resolvable by counsel.

This concludes my statement.

_____
Casey A. Jenkins


Subscribed and sworn to before me this 25th day of January, 2007.

| Rita M. Anderson |
| NOTARY PUBLIC |
| State of Kansas |
| MY APPT. EXPIRES 4-15-09 |

_____
Notary Public

My appointment expires:

_____4-15-09_____