IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHELE N. MOSS,                                )
                    Plaintiff,      )
                                  )
v.                                              )    Case No. 06-4105-JAR
                                  )
                                  )
BLUE CROSS AND BLUE SHIELD                      )
OF KANSAS, INC.,                                )
                    Defendant.      )

**ORDER**

This matter comes before the court upon defendant's Motion for Protective Order (Doc. 50). Plaintiff filed a timely response (Doc. 51). Defendant did not file a reply, and the time to do so has passed.[1] Defense counsel has informed the court that the parties had resolved the issue raised in the present motion. Accordingly,

IT IS THEREFORE ORDERED that defendant's Motion for Protective Order (Doc. 50) is denied as moot.

IT IS SO ORDERED.

Dated this 26th day of March, 2007, at Topeka, Kansas

                                                s/ K. Gary Sebelius
                                                K. Gary Sebelius
                                                U.S. Magistrate Judge

---

[1] *See* D. Kan. Rule 6.1(d)(1).